**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**JOE HENRY COTTON**     **PETITIONER**

**V.**     **NO. 2:08CV228-P-S**

**JESSIE J. STREETER, et al.**     **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, Respondent's motion to dismiss (docket entry 4) is **GRANTED**. The instant petition is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the 23rd day of April, 2009.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE